OTTO HANSON, *Appellant,* v. CARL LUNDBERG AND HILDA LUNDBERG, HIS WIFE, *Appellees.*

Division B.

Decision Filed November 7, 1927.

*Nisle* and *Vocelle,* for Appellant;

*Alto Adams,* for Appellees.

PER CURIAM.—The decree in this case should be affirmed upon the authority of the opinions in the cases of Murphy v. Horne, 73 Fla. 803, 74 Sou. 973; and Hutchinson v. Stone, 79 Fla. 157, 84 Sou. 151, and it is so ordered.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.